PROB 12A
(Revised 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Justin Lee Rood  Case Number: 3:10-00036

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: November 10, 2010

Original Offense: 18 U.S.C. § 471, Manufacturing Counterfeit Federal Reserve Notes and
18 U.S.C. § 472, Passing/Uttering Counterfeit Federal Reserve Notes

Original Sentence: 30 months' custody followed by 2 years' supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: December 14, 2012

Assistant U.S. Attorney: Sandra Moses  Defense Attorney: Ronald C. Small

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ The Issuance of a Warrant
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*Kara Sanders*

Considered this 13 day of Sept, 2013,
and made a part of the records in the above case.

Kara Sanders
U.S. Probation Officer

*Todd Campbell*

Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date    September 13, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance.**

   On August 15, 2013, Mr. Rood reported for a drug test and tested positive for cocaine. He admitted using cocaine on or about August 11, 2013. Mr. Rood's random drug testing was increased and he was instructed to discuss his drug use with his mental health counselor.

   On August 20, 2013, Mr. Rood, took another drug test and, again, tested positive for cocaine. He admitted that he lied previously and had been using cocaine daily for the past three weeks. U.S. Probation Officer Kara Sanders contacted his mental health therapist who recommended Mr. Rood attend substance abuse treatment group, weekly, and continue with individual mental health treatment.

   Mr. Rood began substance abuse treatment group on August 21, 2013, and to date is in compliance with all treatment recommendations.

   Mr. Rood has reported as directed for all drug tests. He tested negative for illegal drugs from December 2012 to June 2013.

2. **The defendant shall pay restitution to the victims identified in the Criminal Monetary Penalties section of this Judgment in an amount totaling $200. Should there be an unpaid balance when supervision commences, the Defendant shall pay the remaining restitution at a minimum monthly rate of 10 percent of the Defendant's gross monthly income.**

   Mr. Rood has made no restitution payments since his release to supervision in December 2012. His special assessment balance is $125.00 and the restitution balance is $200.00. U.S. Probation Officer Kara Sanders has instructed him, on multiple occasions, to pay his special assessment and restitution as directed by the Court. Mr. Rood has been employed full-time since February 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Rood began his term of supervised release on December 14, 2012. His supervision is scheduled to expire on December 13, 2014. He maintained a stable residence from December 2012 to June 2013, with Sandra Connor, a family friend. In June 2013, he moved in with his girlfriend and continues to reside with her.

From February 2013 to May 2013, he was employed full-time with Sportswear Promotions Inc., in Mt. Juliet, Tennessee. In May 2013, he secured better employment with Universal Furniture Installers, in Nashville, Tennessee.

Mr. Rood was assessed by Centerstone Mental Health in March 2013. He was diagnosed with Major Depressive Disorder and Amphetamine Dependence. Centerstone recommended he attend individual mental health therapy and continue with random drug tests. Mr. Rood has complied with his mental health treatment as directed.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken at this time and Mr. Rood be allowed to take advantage of substance abuse treatment and continue on supervision. However, these violations may be considered in the future, if necessary. Any future violations or positive drug tests will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer