UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00036 |
| | ) | JUDGE CAMPBELL |
| JUSTIN LEE ROOD | ) | |

<u>ORDER</u>

Pending before the Court is a Superseding Petition (Docket No. 54) alleging violations of Conditions of Supervision. The Court held a hearing on June 19, 2014.

The Defendant admitted alleged Violation 1 of the Condition that "the defendant shall refrain from any unlawful use of a controlled substance." The Court accepted the admitted violation.

The Court found Defendant committed Violation 2 of the Condition that "the defendant shall submit to a program of drug testing."

The Court orders the following sentence:

1. The Defendant's period of Supervised Release is extended one (1) year to expire on December 14, 2015.

2. The Defendant shall participate in out-patient drug treatment and mental health treatment at the direction of the Probation Office. The Probation Office shall attempt to accommodate Defendant's work schedule as to drug treatment and testing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE